MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Mercedes-Benz Financial Services USA LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 17-29034(JNP) |
| GERARD E. MCFADDEN, JR. | Chapter 13 |
| JOANNE S. MCFADDEN | Hearing date: 11-15-17 |
| | **OBJECTION TO CONFIRMATION** |

Mercedes-Benz Financial Services USA LLC ("Mercedes-Benz"), a secured creditor of the Debtor in connection with three vehicles, objects to the Debtor's plan for the following reasons:

a. **The vehicles:** The debtor owns the following three vehicles that have been financed with Mercedes-Benz Financial Services USA LLC:

   **i.** 2015 Mercedes-Benz CLS 400C4 with a payoff balance due at filing of $76,231.69.

   **ii.** 2016 Mercedes-Benz S550V4 with a payoff balance due at filing of $99,465.32

   **iii.** 2016 Mercedes Benz S550V4 with a payoff balance due at filing of $105,304.19.

b. The plan calls for the surrender of the vehicles but it is believed that the debtor has turned possession of these vehicles over to a third party or parties.  If this is the case, you cannot surrender what you do not have in your possession and the plan is filed in bad faith.

c. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Mercedes-Benz Financial must be listed as loss payee or additional insured. **The Debtors must provide Mercedes-Benz with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtors provide proof of insurance**.

/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Mercedes-Benz Financial Services USA LLC

Date: 9-29-17