| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057    (856)866-0100<br>Attorney for : Santander Consumer USA Inc.<br>Our File No.: 45539<br>JM-5630 | Order Filed on January 16, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Gerard E. McFadden<br>Joanne S. McFadden | Case No.: 17-29034<br>Hearing Date: 1-16-2018<br>Judge: JNP<br>Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☑ Followed | ☐ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 16, 2018**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

Upon the motion of _____Santander Consumer USA Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2014 Chevrolet Silverado
    Vehicle Identification Number
    3GCPCREC7EG169027

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 17-29034-JNP
Gerard E. McFadden, Jr.                                         Chapter 13
Joanne S. McFadden
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1                  Date Rcvd: Jan 17, 2018
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db/jdb         +Gerard E. McFadden,    Joanne S. McFadden,    728 Monaco Way,    Williamstown, NJ 08094-3059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
              Brad J. Sadek    on behalf of Debtor Gerard E. McFadden brad@sadeklaw.com,    bradsadek@gmail.com
              Brad J. Sadek    on behalf of Joint Debtor Joanne S. McFadden brad@sadeklaw.com,
               bradsadek@gmail.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
                Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11